| | | | |
|---|---|---|---|
| Com. v. Ramos ...................... | 1384 MDA 2015<br>Affirmed | 07/01/2016 | CP–28–CR–0002005–2010<br>CP–28–CR–0002006–2010<br>CP–28–CR–0002007–2010<br>CP–28–CR–0002008–2010<br>(Franklin) |
| Com. v. Crepps ...................... | 499 WDA 2015<br>Affirmed | 07/01/2016 | CP–63–CR–0002749–2013<br>(Washington) |
| Com. v. Cox ........................ | 936 WDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 07/01/2016 | CP–04–CR–0000122–2006<br>(Beaver) |
| Com. v. Lamar....................... | 2535 EDA 2015<br>Affirmed | 07/05/2016 | CP–51–CR–1205341–1995<br>(Philadelphia) |
| Com. v. Frazier ..................... | 2712 EDA 2015<br>Affirmed | 07/05/2016 | CP–51–CR–0006136–2013<br>(Philadelphia) |
| Com. v. Sanders ..................... | 3521 EDA 2015<br>Affirmed | 07/05/2016 | CP–51–CR–0008238–2009<br>(Philadelphia) |
| Com. v. Miller [3] .................... | 3536 EDA 2015<br>Affirmed | 07/05/2016 | CP–51–CR–0507091–1984<br>(Philadelphia) |
| Com. v. Gonzalez–Roman.............. | 792 MDA 2015<br>Affirmed | 07/05/2016 | CP–67–CR–0006931–2013<br>(York) |
| Com. v. Spence ..................... | 1859 MDA 2015<br>Affirmed | 07/05/2016 | CP–67–MD–0001832–2015<br>(York) |
| Com. v. Bradley...................... | 2230 MDA 2015<br>Affirmed | 07/05/2016 | CP–67–CR–0004137–2010<br>(York) |
| In re Adoption of S.M.S.V. ............. | 107 MDA 2016<br>Vacated and<br>Remanded | 07/05/2016 | 84343<br>(Berks) |
| Com. v. Williams..................... | 46 EDA 2014<br>Affirmed,<br>Vacated and<br>Remanded | 07/06/2016 | CP–51–CR–0007973–2012<br>(Philadelphia) |
| Sbarbaro–Mortelliti v. Mortelliti ........ | 1165 EDA 2014<br>Affirmed | 07/06/2016 | 07–9317<br>(Delaware) |
| Com. v. Prince ...................... | 2759 EDA 2014<br>Affirmed | 07/06/2016 | CP–51–CR–0001174–2009<br>(Philadelphia) |

3. Petition for reargument denied August 24, 2016.